EDWIN C. RINGER, Respondent, v. DELAWARE HILL DEVELOPMENT COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. All concurred.

DANIEL DONAHUE and Others, Appellants, v. FRANK E. PARKER and Another, Respondents.— Judgment of County Court reversed and judgment of Municipal Court affirmed, with costs to the plaintiffs in this court and in the County Court. All concurred.

IRA C. BARBER, Appellant, v. INTERNATIONAL AUTOMOBILE LEAGUE, Respondent.— Judgment affirmed, with costs. All concurred, except Foote, J., who dissented upon the ground that the act of Van Auken in indorsing defendant's name on the check and procuring it to be cashed was the act of defendant, since he held defendant's power of attorney authorizing that to be done. In legal effect defendant has received the proceeds of the check.

HARRY BODDY, as Administrator, etc., Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH E. NEIBERT, Appellant.— Judgment of conviction affirmed. All concurred.

SCHOELLKOPF HOLDING COMPANY, Appellant, v. JULIUS C. BEHLING, as Treasurer of ZULEIKA GROTTO No. 10, MYSTIC ORDER VEILED PROPHETS OF THE ENCHANTED REALM, a Voluntary Association Composed of More Than Seven Members, and Others, Respondents.— Judgment affirmed, with costs. All concurred.

BOYD MARSHALL, Respondent, v. CHARLES NEESE and Others, Appellants. — Judgment affirmed, with costs. All concurred.

JOHN E. WILLIS and Another, Doing Business as the WILLIS-VELZEY COMPANY, Respondents, v. CHARLES L. HINAMAN and Another, Appellants.— Judgment and order reversed and new trial granted, with costs to appellants to abide event. Held, it was error to strike out defendants' testimony tending to show that plaintiffs agreed to accept land in payment for their services. Plaintiffs were bound by the agreement, notwithstanding the Statute of Frauds, since defendants were willing to perform. All concurred.

ELLEN WOLF, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

CENTRAL TRUST COMPANY OF NEW YORK, Plaintiff, v. PITTSBURGH, SHAWMUT AND NORTHERN R. R. COMPANY and Others, Respondents. CENTRAL TRUST COMPANY OF NEW YORK and Others, Appearing Specially, etc., Appellants. CENTRAL TRUST COMPANY OF NEW YORK, Plaintiff, v. PITTSBURGH, SHAWMUT AND NORTHERN R. R. COMPANY and Others, Respondents. CENTRAL TRUST COMPANY OF NEW YORK and Others, Appearing Specially, etc., Appellants.— These appeals are set down for the 1st day of March, 1919, term, or upon such other day in the term as may be stipulated by counsel, for argument upon the merits, including the questions: 1. Whether appellants are entitled to meet the questions of fact presented by the affidavits, by additional proof. 2. Whether, if proof is to